# PETTY OFFENSE MINUTE SHEET

Case No.: __3:06-MJ-00110__ Violation No(s).:Complaint     Date: __8/10/06__

**Defendant: RONALD L. BRYAN (Custody)**          **Counsel: Waived**

**Possession of a controlled substance - cocaine**

| PRESENT: | B. Waugh Crigler, U. S. Magistrate Judge | Tape No. |
|---|---|---|
| Deputy Clerk: | Joyce C. Jones | |
| Court Reporter: | FTR Recording | |
| AUSA: | Ray Fitzgerald | |
| Ranger: | Jackson | |
| USPO: | T. Wellborn | |

(X) Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
(X) Defendant waives counsel; advises court wishes to proceed today without counsel.
( ) Defendant requests appointment of counsel.
( ) Defendant moves for continuance. Court trial continued to .

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 110 | X | | | |
| | | | | |
| | | | | |
| | | | | |

(X) Deft. sworn and questioned and advised of rights on plea of guilty. Government proffers evidence to support plea and rests.

( ) Court trial held.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 110 | X | | | Sentenced to 10 days incarceration to run concurrent with state sentence. Assessed $25 to be paid after incarceration served. Deft. states he would be released at the end of August. |
| | | | | |
| | | | | |
| | | | | |

( ) Government presents evidence regarding sentencing and rests.
( ) Defendant presents evidence regarding sentencing and rests.
( ) Court orders presentence report. Sentencing set for .
( ) Government moves for detention.      ( ) Government does not oppose bond.
( ) Detention/Bond Hearing held.
( ) Defendant released on bond. Bond set at $ .